UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:   CASE NO. 15 B 43285
CHAPTER 13

FRANK D SPECCHIO
VIRGINIA M SPECCHIO   JUDGE DONALD R CASSLING

DEBTORS   **NOTICE OF FINAL CURE PAYMENT**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, TOM VAUGHN files this Notice of Final Cure Payment. The amount required to cure the default in the claim listed below has been paid in full.

**Name of Creditor:** WELLS FARGO HOME MORTGAGE

**Final Cure Amount**

| Court Claim # | Claim ID | Account Number | Claim Asserted | Claim Allowed | Amount Paid |
|---|---|---|---|---|---|
| 2 | 28 | XXXXXX5456 | $95.40 | $95.40 | $95.40 |
| Total Amount Paid by Trustee | | | | | $95.40 |

**Monthly Ongoing Mortgage Payment**

Mortgage is Paid:

___ Through the Chapter 13 Conduit     **X** Direct by the Debtors

Within 21 days of the service of the Notice of Final Cure Payment, the creditor MUST file and serve a Statement as a supplement to the holder's proof of claim on the Debtors, Debtors' Counsel and the Chapter 13 Trustee, pursuant to Fed.R.Bank.P.3002.1(g), indicating 1) whether it agrees that the Debtors have paid in full the amount required to cure the default on the claim; and 2) whether the Debtors are otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5).

The statement shall itemize the required cure or post-petition amounts, if any, that the holder contends remain unpaid as of the date of the statement. The statement shall be filed as a supplement to the holder's proof of claim and is not subject to Rule 3001(f). Failure to notify may result in sanctions.

CASE NO. 15-43285-DRC

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that this office caused a copy of this notice to be delivered to the persons named above by U.S. mail at 55 E. MONROE STREET, SUITE 3850, CHICAGO, IL  60603 or by the methods indicated on this 28th day of June, 2017.

Debtor:
FRANK D SPECCHIO
VIRGINIA M SPECCHIO
1050 GRACELAND AVE
DES PLAINES, IL  60016

Attorney:
GERACI LAW LLC
55 E MONROE # 3400
CHICAGO, IL  60603
via Clerk's ECF noticing procedures

Creditor:
WELLS FARGO HOME MORTGAGE
1 HOME CAMPUS
MAC X2501 01F
DES MOINES, IA  50328-0001

Mortgage Creditor:
JPMORGAN CHASE BANK
% HEAVNER SCOTT BEYERS &
MIHLA
111 E MAIN ST #200
PO BOX 740
DECATUR, IL  52525

Mortgage Creditor:
WELLS FARGO BANK
% CODILIS & ASSOC
15W030 N FRONTGATE RD #100
BURR RIDGE, IL  60527

Creditor:
WELLS FARGO BANK NA
3476 STATEVIEW BLVD
MAC D3347 014
FORT MILL, SC  29715

ELECTRONIC SERVICE - United States Trustee

Date:  June 28, 2017

/s/ TOM VAUGHN
TOM VAUGHN
CHAPTER 13 TRUSTEE
55 E. MONROE STREET, SUITE 3850
CHICAGO, IL  60603